UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TOD VERHAEGEN,

    Plaintiff,

v.                                CASE NO.  8:11-CV-2517-T-17EAJ

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.

_____/

ORDER

    This cause is before the Court on:

    Dkt. 20  Opposed Application for Attorney's Fee under the Equal
                 Access to Justice Act
    Dkt. 21  Response

    Plaintiff seeks the award of an attorney's fee under the Equal Access to Justice Act, 28 U.S.C. Sec. 2412(d) in the amount of $2797.75, and recovery of costs of $350.00.

    In the event that Plaintiff is successful at the administrative level, and an application for attorney's fees is proper under Sec. 406(b), Plaintiff requests an extension of fourteen days from Plaintiff's receipt of the Notice of Award within which to submit Plaintiff's application.

    Defendant does not object to the attorney's fees requested by Plaintiff, but argues that Plaintiff's request for an extension on May 18, 2012 is untimely.  Defendant further argues that if the Court determines that Plaintiff's request for an extension to file

Case No. 8:11-CV-2517-T-17EAJ

the Sec. 406(b) petition is timely, Defendant objects to the enlargement of time tied to the date of Plaintiff's receipt of the Notice of Award.   Defendant requests that the Court base Plaintiff's requested fourteen day extension from the date of the Commissioner's notice to Plaintiff that all calculations have been completed.

I. EAJA  - Attorney's Fee and Costs

Plaintiff is the prevailing party.   This case was remanded pursuant to Defendant's Motion (Dkt. 13).   The Court finds that the amount of time and hourly rate are reasonable.   After consideration, the Court grants Plaintiff's Motion for the award of attorney's fees under the EAJA in the amount of $2,797.75, and the award of costs in the amount of $350.00, payable out of the judgment fund administered by the U.S. Department of Treasury.

II.  Sec. 406(b) Petition

Plaintiff has requested an extension of fourteen days from Plaintiff's receipt of any Notice of Award pursuant to further proceedings at the administrative level.

The Eleventh Circuit Court of Appeals has determined that the 14-day time limit of Fed. R. Civ. P. 54(d)(2) applies to Sec. 406(b) fee petitions.   The Court has determined that the 14-day period begins to run on the date the Notice of Award is served.  See Clark v. Astrue, 2012 WL 570345 (M.D. Fla. 2/22/2012).   To the extent that Plaintiff's request for an extension is based on Plaintiff's receipt of the Notice of Award, Plaintiff's request is denied; the 14-day period of time runs from the date the Notice of Award is served.   Accordingly, it is

**ORDERED** that Plaintiff's Motion for the Award of Attorney's Fees in the amount of $2,797.75 and for costs in the amount   of $350.00 is **granted**, and the Clerk of Court

2

Case No. 8:11-CV-2517-T-17EAJ

shall enter a final judgment in favor of Plaintiff Tod Verhaegen and against Defendant Michael J. Astrue, Commissioner of Social Security; it is further

**ORDERED** that Plaintiff's Motion for Extension of Time to file a Sec. 406(b) petition is **granted** to the extent that Plaintiff shall submit any Sec. 406(b) petition within fourteen days of the date the Notice of Award, if any, is served on Plaintiff, and otherwise **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 24th day of May, 2012.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record